```
                                              FILED
                                          GREAT FALLS DIV.
                                          2008 OCT 21 PM 3 21
                                          PATRICK E. DUFFY, CLERK
                                          BY_____
                                              DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| MARTIN QUICK,<br><br>        Plaintiff,<br><br>vs.<br><br>CROSSROADS CORRECTIONAL<br>CENTER, et al.,<br><br>        Defendant. | No. CV 08-02-GF-SEH<br><br>**ORDER** |

On September 25, 2008, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Docket No. 14.

-1-

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's federal claims under 42 U.S.C. § 1983 are DISMISSED.

2. This case is REMANDED to the Ninth Judicial District Court, Toole County.

DATED this 21st day of October, 2008.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge